# EXHIBIT B

| Client Name | Robert Ratliff |
|---|---|
| Company Name | Lantronix, Inc. |
| Ticker Symbol | LTRX |
| Security Type | |
| Class Period Start | 05-11-2023 |
| Class Period End | 02-08-2024 |
| 90-DAY Lookback Period Start | 02-09-2024 |
| 90-DAY Lookback Period End | 04-21-2024 |
| 90-DAY Lookback Average | $ 03.67 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $8,230.26 |
| DURA LIFO* Total | $8,230.26 |
| Gross Shares Purchased | 7,290 |
| Net Shares Retained | 7,290 |
| Net Funds Expended | $34,992.00 |

### Robert Ratliff

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-10-2023 | 7290 | 4.8 | $ 34,992.00 | | | | | | - | 7290 | 7290 | $ 03.67 | $ 26,761.74 | $ 8,230.26 | $ 8,230.26 |
| Total: | 7,290 | | $34,992.00 | | | | | | | 7,290 | 7,290 | | $26,761.74 | $8,230.26 | $8,230.26 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.