# EXHIBIT A

**Lantronix, Inc. (LTRX)**
**Class Period: May 11, 2023 to February 8, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | Purchase or Acquire | | | | Sales | | | | | 74-Days* Mean Price $3.6612 | |
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hana Touati | 2/8/2024 | 6,000 | $5.8600 | ($35,160) | | | | | 6,000 | $21,967 | ($13,193) |

*Avg Closing Prices from February 9, 2024 to April 22, 2024