# EXHIBIT D

**DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Hana Touati, respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff and approval of my selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action on behalf of investors in the securities of Lantronix, Inc. ("Lantronix") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  In addition to Pomerantz, I am also represented by the Bronstein, Gewirtz & Grossman, LLC law firm in this action.  I am informed of and understand the requirements and duties imposed by the PSLRA.  I have personal knowledge about the information in this Declaration.

2.      I, Hana Touati, live in Burlington, Ontario, Canada.  I have a master's degree in international management from Iscte – University Institute of Lisbon and am a project manager for an information technology (IT) company.  I have prior experience retaining and working with counsel.  I am thirty-five years old and have been investing in the securities markets for approximately one year.  As reflected in my Certification, I purchased Lantronix securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      I have discussed this case with my counsel.  Accordingly, I am aware of the current status of this litigation.  I understand that in addition to myself, other investors in Lantronix securities may file motions seeking appointment as Lead Plaintiff in this action.  I understand that on April 23, 2024, Pomerantz will file a memorandum of law in support of my motion for appointment as Lead Plaintiff.  I understand that this Declaration and other supporting submissions prepared by Pomerantz will be filed concurrently with the memorandum of law.  I understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects

1

Doc ID: 8dbc7e1d09db0594584c8c461ed3f3a0dc9832fb

for resolution of this matter.  I understand that it is the Lead Plaintiff's responsibility to direct

counsel with respect to this litigation, after receiving the benefit of counsel's advice.  I approved

Pomerantz as my designated Lead Counsel.  I participated in a call with an attorney from

Pomerantz to discuss this litigation and approved the filing of a motion on my behalf seeking

appointment as Lead Plaintiff.

4.      I attest to, among other things, my belief in the merits of this action; my desire to

achieve the best possible result for the Class; my interest in prosecuting this case; my

understanding of the fiduciary obligations of a Lead Plaintiff; and my preparedness to supervise

counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and

efficiently litigated.  I hereby affirm that the foregoing statements, as well as all other statements

set forth in this Declaration, are true and correct statements of my views and intentions with respect

to this litigation, and that I seek appointment as Lead Plaintiff in this action.

5.      Given my significant financial interest in the claims against the defendants, I am

strongly motivated to recover the significant losses that I and the Class suffered as a result of

defendants' violations of the federal securities laws.  My principal goal in seeking to serve as Lead

Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties.

I am committed to ensuring the litigation is litigated as zealously and efficiently as possible, in

accordance with my duties under the PSLRA.

6.      If appointed Lead Plaintiff, I will satisfy my fiduciary obligations to the Class by,

among other steps, conferring with my counsel regarding litigation strategy and other matters,

attending court proceedings, depositions, any settlement mediations, and hearings as needed, and

reviewing and authorizing the filing of important litigation documents.  Through these and other

measures, I will ensure that the Lantronix securities litigation will be vigorously prosecuted

2

consistent with the obligations of a Lead Plaintiff under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

7.      After reviewing the allegations pleaded in the complaint, and consulting with my counsel, I independently determined to seek appointment as Lead Plaintiff, and subsequently approved the filing of a motion seeking my appointment as Lead Plaintiff.  I agree that my resources and ability to engage in decision-making will materially benefit and advance the interests of the Class in this case.

8.      I understand that the Lead Plaintiff's share of any recovery is the same as every other potential Class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses directly related to the Class representation as ordered or approved by the Court pursuant to the PSLRA.

9.      I understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of investors to serve as Lead Plaintiff when investors establish that they can oversee the litigation and their proposed Lead Counsel in an independent manner.  I intend to prosecute this litigation in such an independent and vigorous manner.

10.     I also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, I selected Pomerantz to serve as Lead Counsel.  Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, I believe that the firm is well-qualified to represent the Class.

3

11.     Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  I will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on this __16_____ day of April, 2024.

_____*H.t*_____

Hana Touati

Doc ID: 8dbc7e1d09db0594584c8c461ed3f3a0dc9832fb