**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NEILSEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LANTRONIX, INC., PAUL PICKLE, and JEREMY WHITAKER,<br><br>Defendants. | Case No. 8:24-cv-00385-FWS-JDE<br><br>**ORDER RE JOINT STIPULATION APPOINTING ROBERT RATLIFF AND HANA TOUATI AS CO-LEAD PLAINTIFFS AND APPROVING LEVI & KORSINSKY, LLP AND POMERANTZ LLP AS CO-LEAD COUNSEL**<br><br>Judge: Hon. Fred W. Slaughter<br>Date: May 23, 2024<br>Time: 10:00 a.m.<br>Courtroom: 10D |

///

///

///

Having reviewed and considered the Joint Stipulation Appointing Robert Ratliff and Hana Touati as Co-Lead Plaintiffs and Approving Levi & Korsinsky, LLP and Pomerantz LLP as Co-Lead Counsel [30] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

1. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Robert Ratliff and Hana Touati are appointed Co-Lead Plaintiffs for the class; and

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Co-Lead Plaintiffs' selections of Levi & Korsinsky and Pomerantz as Co-Lead Counsel are approved.

**IT IS SO ORDERED**.

Dated:  May 7, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2