**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DAVID NEILSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANTRONIX, INC., PAUL PICKLE, and JEREMY WHITAKER,<br><br>Defendants. | Case No. 8:24-cv-00385-FWS-JDE<br><br>**ORDER RE JOINT STIPULATION UNDER L.R. 7-1 SETTING SCHEDULE FOR LEAD PLAINTIFFS' AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE THERETO [35]** |

Having reviewed and considered the Joint Stipulation under L.R. 7-1 Setting Schedule for Lead Plaintiffs' Amended Complaint and Briefing Schedule for Defendants' Response Thereto, (Dkt. 35) ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation,[1] the court **ORDERS** the following:

---

[1] The setting of dates in this Order reflects the good cause provided by the Stipulation. To the extent this Order does not encompass a date requested in the Stipulation, the court, based on the state of the record, as applied to the applicable

1. The deadline for Lead Plaintiffs to file an Amended Complaint is **June 14, 2024;**

2. The deadline for Defendants to move, answer, or otherwise respond to the Amended Complaint filed as stated above is **July 12, 2024**;

3. In the event Defendants move to dismiss the Amended Complaint,[2] the deadline for Lead Plaintiffs to file any opposition is **August 9, 2024**;

4. In the event Defendants move to dismiss the Amended Complaint, the deadline for Defendants to file any reply in support of their motion to dismiss the Amended Complaint is **August 23, 2024**.

**IT IS SO ORDERED**.

Dated:  May 20, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

law, and within its discretion, has denied that requested date and has set a date consistent with the good cause supplied by the Stipulation.

[2] In the event Defendants file a motion to dismiss, consistent with the Central District of California's Local Rules and the court's policies and procedures, the hearing on the motion to dismiss shall be noticed for an available hearing date upon the filing of the motion to dismiss.

- 2 -