ADAM M. APTON (SBN 316506)
aapton@zlk.com
LEVI & KORSINSKY, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Phone: (213) 985-7290

*Attorneys for Co-Lead Plaintiffs
and Co-Lead Counsel for the Class*

[Additional counsel on signature block]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DAVID NEILSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANTRONIX, INC., PAUL PICKLE, and JEREMY WHITAKER,<br><br>Defendants. | Case No. 8:24-cv-00385-FWS (JDEx)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Place: Courtroom 10D<br>Judge: Hon. Fred W. Slaughter<br><br>Complaint Filed: February 23, 2024<br>Trial Date: None set |

Co-Lead Plaintiffs Robert Ratliff and Hana Touati ("Lead Plaintiffs") and Defendants Lantronix, Inc., Paul Pickle, and Jeremy Whitaker ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on February 23, 2024, Plaintiff David Neilsen filed a Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") (Doc. No. 1);

WHEREAS, on May 7, 2024, the Court appointed Robert Ratliff and Hana Touati as Co-Lead Plaintiffs (Doc. No. 31);

WHEREAS, on May 20, 2024, the Court entered an order setting a schedule for the filing of an amended complaint and a response thereto (Doc. No. 37);

WHEREAS, Co-Lead Plaintiffs, in consultation with Co-Lead Counsel, have concluded that they do not intend to file an amended complaint and that they wish instead to dismiss the Complaint without prejudice as to Co-Lead Plaintiffs and the putative class, as defined in the Complaint;

NOW, THEREFORE, pursuant to Local Rule 7-1, the Parties, by and through their counsel of record, hereby stipulate and agree, that:

1.      This action is hereby dismissed by Lead Plaintiffs against Defendants;

2.      The dismissal of this action against Defendants is without prejudice as to Co-Lead Plaintiffs and the putative class, as defined in the Complaint;

3.      Each side shall bear their own attorneys' fees and costs incurred in connection with this Action;

4.      The undersigned Parties and counsel mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

5.      This Stipulation constitutes the entire and complete agreement between the undersigned Parties, the terms and conditions contained herein are

contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by each affected party hereto, or by the authorized representative of each party; and

6.     This Stipulation shall not be construed against the party preparing it but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

**IT IS SO STIPULATED.**

DATED:  June 14, 2024          */s/ Matthew W. Close*
                              Matthew W. Close

                              O'MELVENY & MYERS LLP
                              610 Newport Center Drive, 17th Floor
                              Newport Beach, California  92660
                              Telephone:  +1 949 823 6900
                              Facsimile:   +1 949 823 6994
                              mclose@omm.com

                              *Attorneys for Lantronix, Inc.,*
                              *Paul Pickle, and Jeremy Whitaker*

DATED:  June 14, 2024          */s/ Adam M. Apton*
                               Adam M. Apton

                               LEVI & KORSINSKY, LLP
                               Adam M. Apton (SBN 316506)
                               445 South Figueroa Street, 31st Floor
                               Los Angeles, CA 90071
                               Tel: (213) 985-7290
                               Email: aapton@zlk.com

                               *Attorneys for Co-Lead Plaintiffs Robert Ratliff*
                               *and Hana Touati*

JOINT STIP. RE: DISMISSAL
8:24-CV-00385-FWS (JDEX)

DATED:  June 14, 2024          */s/ Jennifer Pafiti*
                               Jennifer Pafiti

                               POMERANTZ LLP
                               Jennifer Pafiti (SBN 282790)
                               1100 Glendon Avenue, 15th Floor
                               Los Angeles, CA 90024
                               Tel: (310) 405-7190
                               Email: jpafiti@pomlaw.com

                               POMERANTZ LLP
                               Brenda Szydlo (admitted *pro hac vice*)
                               Dean P. Ferrogari (admitted *pro hac* vice)
                               600 Third Avenue, 20th Floor
                               New York, NY  10016
                               Telephone: (212) 661-1100
                               bszydlo@pomlaw.com
                               dferrogari@pomlaw.com

                               BRONSTEIN, GEWIRTZ &
                               GROSSMAN, LLC
                               Peretz Bronstein

                               60 East 42nd Street, Suite 4600
                               New York, New York 10165
                               Telephone: (212) 697-6484
                               Facsimile: (212) 697-7296
                               peretz@bgandg.com

                               *Attorneys for Co-Lead Plaintiffs Robert Ratliff*
                               *and Hana Touati*

JOINT STIP. RE: DISMISSAL
8:24-CV-00385-FWS (JDEX)

## <u>ATTESTATION</u>

I hereby attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.


DATED:  June 14, 2024          */s/ Adam M. Apton*
                               Adam M. Apton